FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 0 6 2012

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

EDITH JEANETTE HILL

    Plaintiff,

V,  ) CIVIL ACTION FILE

CLAYTON COUNTY SCHOOL ) NO. 1: 11-CV-2937-SCJ-SSC

DISTRICT,  ) JURY TRIAL DEMANDED

Defendant.  )

I, Edith Jeanette Hill would like to petition the court file motion for second amendment to complaint:

1. I would like to amend charge party name to Clayton County School District after receiving Answer to Amend Complaint
2. I am seeking damages for denial of reasonable accommodation under Americans with Disabilities Act (ADA), 42 U. S.C. 12101, et. seq., and Title VII of the Civil Rights Acts of 1964 (Title VII), 42 U.S.C. 2000, et. seq., for disability and race discrimination.
3. I am seeking damages for retaliation: I was terminated after being denied reasonable accommodation. *Violation of ADA, Violation of Title VII* ejh
4. For all the above charges I am seeking: reinstatement, back pay, front pay, compensatory damages, punitive damages, lost of all benefits such as: All health benefits, Aflac, dental, vision, remediation pay, sick leave, pensions, attorney fees and all cost and fees associated with this case.
5. I would like Carl Jones as a witness along with:

1. John Lyles Director of Transportation Clayton County School District
2. Clarence Burnough, Coordinator
3. Rella Smith Coordinator of Special Needs
4. Lisa Wambles Supervisor of Transportation
5. Barbara Heard Human Resource Manger
6. Wendy Perry Bus driver
7. Dora McCray Bus Driver 678 993 4984 Cell (Home phone 770 477 0391
8. Sandy Witherspoon Mediator, EEOC- Atlanta District Office
9. Jennifer Vanairdale, Investigator, EEOC-Atlanta District Office Case No 1:11-CV-2937-SCJ-SSC

July 6, 2012
Edith Hill
*Edith Hill*

11226 James Madison Dr
Hampton, Georgia 30228


P.O. Box 505 Lovejoy GA. 30250

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

EDITH JEANETTE HILL

Plaintiff,

V,                                    ) CIVIL ACTION FILE

CLAYTON COUNTY SCHOOL    NO.: 1:11-CV- 2937-SCJ-SSC

DISTRICT                          JURY TRIAL DEMANDED

DEFENDANT

## RULE 5.4 CERTIFICATE OF SERVICE

I certify that on the 6th day of July, 2012 I petition the court to file

second amendment to complaint. I certify that on the 6th day of July 2012, I served Second Admendment VIA US Mail upon Defendant's at the following address with sufficient postage to deliver same:

Edith Hill

Randall C Farmer
Brock Clay, Calhoun, + Rogers, LLC
49 Atlanta Street
Marietta, GA. 30060